**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

MARYLU CZULEWICZ,

                Plaintiff,

vs.	Case No.  2:06-cv-576-FtM-34DNF

TOWN OF FORT MYERS BEACH,

                Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Magistrate Judge Douglas N. Frazier's Report and Recommendation (Dkt. No. 29, Report), entered on August 15, 2007.  In the Report, Magistrate Judge Frazier recommends that Plaintiff's Motion to Amend Complaint to Add Additional Count and Memorandum of Law in Support Thereof (Dkt. No. 17) be denied.  See Report at 1.  A review of the record reveals that Plaintiff did not file objections to the Report within ten days of its filing or the date of the instant Order.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); U.S. v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007). Based upon an independent examination of the record and a de novo review of the legal

conclusions, the Court will **adopt** the Report of the Magistrate Judge. Accordingly, it is hereby

**ORDERED**:

1. Magistrate Judge Douglas N. Frazier's Report and Recommendation (Dkt. No. 29) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion to Amend Complaint to Add Additional Count and Memorandum of Law in Support Thereof (Dkt. No. 17) is **DENIED.**

**DONE AND ORDERED** in Fort Myers, Florida on October 1st, 2007.

*[Signature]*
**MARCIA MORALES HOWARD**
United States District Judge

lc3

Copies to:

Counsel of Record